EASTERN DISTRICT OF LA

2009 AUG 26 PM 2:53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-261 |
| v. | * | SECTION: "K"(5) |
| JERMAINE HOLDEN | * | |

\* \* \*

## ORDER

Having considered the motion of the United States to unseal the indictment;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned case.

New Orleans, Louisiana, this __26__ day of August, 2009.

UNITED STATES MAGISTRATE JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___